UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RICHARD DAVID REUTER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-06-00259 |
| | § | |
| BUREAU OF PRISONS, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING AMENDED MEMORANDUM AND RECOMMENDATION
ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On February 26, 2007, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that defendant's motion for summary judgment (D.E. 9) be granted and that plaintiff's claims be dismissed with prejudice for failure to exhaust administrative remedies and for failure to state a claim upon which relief can be granted. A copy of the Memorandum and Recommendation was mailed to plaintiff with a card to be returned indicating his receipt of the mailing. The card has not been returned by plaintiff nor has the mailing been returned by the U.S. Post Office as undeliverable. Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is

ORDERED that defendant's motion for summary judgment (D.E. 9) is granted and plaintiff's claims are dismissed with prejudice for failure to exhaust administrative remedies and for failure to state a claim upon which relief can be granted.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 24th day of May, 2007.

_____
Janis Graham Jack
United States District Judge